UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

**LEOTHER DUPAS (#540375)**   CIVIL ACTION

**VERSUS**

**NATHAN CAIN, WARDEN**   NO. 15-455-JWD-SCR

### ORDER TO PAY FULL FILING FEE

Considering the petitioner's Motion to Proceed *In Forma Pauperis* (R. Doc. 2),

**IT IS ORDERED** that the petitioner's Motion (R. Doc. 2) be and it is hereby **DENIED** for the reason that the petitioner has sufficient funds to pay the Court's filing fee.

**IT IS FURTHER ORDERED** that, within twenty-one (21) days of the date of this Order, the petitioner shall pay the filing fee of **$ 5.00** to the Clerk of this Court or this action shall be dismissed. It is the petitioner's responsibility to pay the Court's filing fee. The prison will **NOT** forward payment of the filing fee without the petitioner's written authorization.

Baton Rouge, Louisiana, July 14, 2015.

*Stephen C. Riedlinger*
STEPHEN C. RIEDLINGER
UNITED STATES MAGISTRATE JUDGE